No. 945. HARGETT *v.* SUMMERFIELD, POSTMASTER GENERAL, ET AL. Motion for writ of injunction and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *John R. Foley* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for respondents.

No. 11. UNITED STATES GYPSUM CO. *v.* NATIONAL GYPSUM CO. ET AL., 352 U. S. 457. The motion of appellee, National Gypsum Company, to retax costs is denied. MR. JUSTICE CLARK and MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion. *Samuel I. Rosenman* and *Elmer E. Finck* for appellee-movant.

No. 561. AUREX CORPORATION ET AL. *v.* BELTONE HEARING AID CO., 352 U. S. 953. The motion to recall notice of denial of certiorari and to amend order denying certiorari is denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion. *Frank J. Delany* and *Charles W. Rummler* for movants.

No. 657, Misc. DOUGLAS *v.* LYBARGER, COMMON PLEAS JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.